[No. 68174-5-I. Division One. March 11, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. B.K., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 11-8-01709-7, Honorable Michael J. Trickey, J., entered January 4, 2012. *Affirmed* by unpublished opinion per Spearman, A.C.J., concurred in by Becker and Lau, JJ.

[No. 68237-7-I. Division One. March 11, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. ALICEA DEEANN MARTINI, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 09-1-01253-3, Larry E. McKeeman, J., entered December 20, 2011. *Affirmed* by unpublished opinion per Dwyer, J., concurred in by Schindler and Lau, JJ.

[No. 68257-1-I. Division One. March 11, 2013.]

SOON KIM, *Respondent*, v. LINDSAY ROGER, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 09-2-07941-1, Larry E. McKeeman, J., entered December 28, 2011. *Reversed* by unpublished opinion per Grosse, J., concurred in by Schindler and Verellen, JJ.

[No. 68344-6-I. Division One. March 11, 2013.]

DARLENE F. ACOSTA, *Appellant*, v. DOUGLAS A. HEDGES, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 11-2-18162-6, Mary Yu, J., entered January 30, 2012. *Affirmed* by unpublished opinion per Becker, J., concurred in by Cox and Verellen, JJ.